**Dismissed and Memorandum Opinion filed November 1, 2011.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-11-00830-CR
NO. 14-11-00832-CR

————————

**SAMUEL DAVIS JOSEPH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause Nos. 1289822 & 1290341**

## MEMORANDUM   OPINION

Appellant entered guilty pleas to two counts of aggravated assault of a family member.   In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on August 29, 2011, to confinement for 20 years for each offense in the Institutional Division of the Texas Department of Criminal Justice.   Appellant filed pro se notices of appeal.   We dismiss the appeals.

The trial court entered certifications of the defendant's right to appeal in which the court certified that these are plea bargain cases, and the defendant has no right of appeal.

*See* Tex. R. App. P. 25.2(a)(2). The trial court's certifications are included in the records on appeal. *See* Tex. R. App. P. 25.2(d). The records support the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b)